IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| PHILIP ELIAS BASSAR | Violations:  18 U.S.C. § 1951 |

<u>COUNT ONE</u>

**Hobbs Act Robbery**

The Grand Jury Charges:

On or about October 20, 2025, in the District of North Dakota,

PHILIP ELIAS BASSAR

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, consisting of food items and a pizza delivery bag from an employee of Deek's Pizza, a business entity engaged in interstate commerce, against its employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person;

In violation of Title 18, United States Code, Section 1951.

<u>COUNT TWO</u>

**Hobbs Act Robbery**

The Grand Jury Further Charges:

On or about October 23, 2025, in the District of North Dakota,

PHILIP ELIAS BASSAR

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect,

commerce as that term is defined in Title 18, United States Code, Section 1951, and the

movement of articles and commodities in such commerce, by robbery as that term is

defined in Title 18, United States Code, Section 1951, in that the defendant did

unlawfully take and obtain personal property, consisting of food items and pizza delivery

bags from an employee of Pizza Patrol, a business entity engaged in interstate commerce,

against its employee's will, by means of actual and threatened force, violence, and fear of

injury, immediate and future, to her person;

In violation of Title 18, United States Code, Section 1951.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

JKP/tah

2